**Order filed September 19, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00356-CV
_____

## DONALD E KILPATRICK, Appellant

## V.

## NOBLE CAPITAL SERVICING LLC, Appellee

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1088694**

## ORDER

On August 8, 2017, we ordered appellant to file a brief in this appeal by September 7, 2017. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Hurricane Harvey struck the Texas coast on August 25, 2017. On August 28, 2017, the Supreme Court of Texas issued Misc. Docket No. 17-9091, an emergency order directing all courts in Texas to consider disaster-related delays as good cause

for modifying or suspending all deadlines in any case.

Accordingly, if appellant does not file a brief by **October 2, 2017**, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM